

David F. Bayne

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103
Tel: 212.880.3800
Fax: 212.880.8965

Dir: 212.822.2215
Dir Fax: 212.905.6475
david.bayne@akerman.com

February 17, 2017

**VIA ECF & FAX**

| | |
|---|---|
| Honorable Paul G. Gardephe | Honorable Laura Taylor Swain |
| United States District Judge | United States District Judge |
| Southern District of New York | Southern District of New York |
| 40 Foley Square, Room 2204 | Daniel Patrick Moynihan |
| New York, NY 10007-1502 | United States Courthouse |
| | 500 Pearl Street, Courtroom 12D |
| | New York, NY 10007-1312 |

Re: **Reis, Inc. et al. v. Spring11 LLC, 15 Civ. 2836 (PGG) ("*Reis I*") &
Reis, Inc., et al. v. Spring11 LLC, et al, 16 Civ. 5047 (LTS) ("*Reis II*")**

Dear Judges Gardephe and Swain:

We are counsel to Plaintiffs Reis, Inc. and Reis Services, LLC (collectively "Reis") in the above-referenced cases which are pending in your respective Courts.  We wish to advise Your Honors that the parties have executed a confidential Settlement Agreement resolving both cases completely pending the exchange of certain consideration.  The parties anticipate being able to file stipulations of dismissal with prejudice of both *Reis I* and *Reis II* during the week of March 13, 2017.  Thank you for your attention to these matters.

Respectfully,

*/s/  David F. Bayne*

David F. Bayne

cc:     All counsel in *Reis I* and *Reis II* (via ECF and email)

akerman.com